```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12133
   REGINALD GRIER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7063


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/07/2007 and was confirmed 08/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/14/2008.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
 BARCLAYS CAPITAL REAL ES CURRENT MORTG         .00            .00            .00
 BARCLAYS CAPITAL REAL ES MORTGAGE ARRE      592.65            .00         592.65
 JAROS TITTLE & OTOOLE    NOTICE ONLY    NOT FILED             .00            .00
 IL STATE DISBURSEMENT UN PRIORITY       NOT FILED             .00            .00
 INTERNAL REVENUE SERVICE PRIORITY          1938.78            .00            .00
 EMERGENCY ROOM CARE PROV UNSEC W/INTER  NOT FILED             .00            .00
 HOLY CROSS HOSPITAL      UNSEC W/INTER         .00            .00            .00
 ILLINOIS COLLECTION SERV NOTICE ONLY    NOT FILED             .00            .00
 COMMONWEALTH EDISON      UNSEC W/INTER      653.90            .00            .00
 HSBC NV                  UNSEC W/INTER  NOT FILED             .00            .00
 INTERNAL REVENUE SERVICE UNSEC W/INTER      809.28            .00            .00
 HOLY CROSS HOSPITAL      UNSEC W/INTER     1644.50            .00            .00
 ILLINOIS DEPT OF REV     UNSEC W/INTER       36.93            .00            .00
 ILLINOIS DEPT OF REV     PRIORITY            81.34            .00            .00
 MARTIN J OHEARN          DEBTOR ATTY      3,000.00                       3,000.00
 TOM VAUGHN               TRUSTEE                                           267.35
 DEBTOR REFUND            REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                      3,860.00

 PRIORITY                                              .00
 SECURED                                            592.65
 UNSECURED                                             .00
 ADMINISTRATIVE                                   3,000.00
 TRUSTEE COMPENSATION                               267.35
 DEBTOR REFUND                                         .00
                         ---------------    ---------------
 TOTALS                       3,860.00            3,860.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12133 REGINALD GRIER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```